UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 96-6078-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOHN WAYNE BALLESTER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon a Report and Recommendation for a final probable cause hearing on a superseding petition for violations of supervised release.

**THE MATTER** was heard by United States Magistrate Judge James M. Hopkins, on January 17 and 31, 2018. A Report and Recommendation was filed on March 12, 2018 [ECF No. 205], recommending that this Court find the Defendant guilty of violations 1 and 3-7 as set forth in the Petition. The government dismissed violation number 2. The Defendant and the Government were afforded the opportunity to file written objections to the Report and Recommendation within fourteen days of being served and the record reveals that objections were filed by Defendant's Counsel and noted by the Court. After a de novo review of the record and Magistrate Hopkins Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 205] on Defendant's final probable cause hearing to the Superseding Petition alleging Violation of Supervised Release of the United States Magistrate Judge James M. Hopkins, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation numbers 1 and 3-7 as set

forth in the Superseding Petition for Offender Under Supervision.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this\_\_\_\_4\_\_\_day of April, 2018.

                                             JOSE E. MARTINEZ
                                             UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Hopkins
All Counsel Of Record
U.S. Probation Office